AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

AUG - 2 2019

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Robert LOPEZ Jr | ) | Case No. M-19-1814-M |
| (YOB: 1996, COB: U.S.A.) | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  August 1, 2019  in the county of  Starr  in the  Southern  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(ii) | Alien Smuggling |
| 8 U.S.C. § 1324(a)(1)(A)(v)(I) | Knowing and in reckless disregard of the fact that Martin Ernesto CALDERON-Castillo (COB: El Salvador), and two other aliens have come to, entered, or remains in the United States in violation of law, transports, or moves or attempts to transport or move such aliens within the United States by means of a motor vehicle and conspired to do the same; |

This criminal complaint is based on these facts:

SEE "ATTACHMENT A"

✓ Continued on the attached sheet.

*AUSA Hanna*
*8/2/19*

Sworn to before me and signed in my presence.

Date: 8/1/2019   2 per 8:34 am

City and state:  McAllen, Texas

_____
*Complainant's signature*
Marion Santos Jr., HSI TFO
*Printed name and title*

_____
*Judge's signature*
Peter E. Ormsby, U.S. Magistrate Judge
*Printed name and title*

## **ATTACHMENT A**

I, Marion Santos Jr., am a Task Force Officer (TFO) assigned to the United States Homeland Security Investigations (HSI), and have knowledge of the following facts:

1. On August 1, 2019, at approximately 4:36 PM, Roma Police Department conducted a traffic stop on a brown GMC Sierra pickup for unsafe lane change. During traffic stop, Roma Police Officer Ivan Garza (Badge #957) requested assistance from U.S. Border Patrol to identify multiple subjects in the vehicle.

2. U.S. Border Patrol agents arrived and questioned the subjects regarding their identification and citizenship. It was determined that three of the subjects in the vehicle were in the country illegally.

3. The driver, Robert LOPEZ Jr and the three passengers, undocumented aliens (UDA), were placed under arrest and transported to the Rio Grande City Border Patrol Station.

4. HSI Falcon Dam was notified of the facts of the case and responded to the Rio Grande City Border Patrol Station.

5. HSI TFO M. Santos read LOPEZ his Miranda Warnings witnessed by HSI TFO Mario A. Reyes, in his preferred language of English, which he acknowledged he understood and subsequently waived in writing.

6. Post Miranda, LOPEZ stated that on August 01, 2019, he met with a subject known as El Moreno at El Moreno's residence located on Sebastian St in Roma, Texas. LOPEZ stated that El Moreno offered him $600.00 United States Dollars (USD) to transport three UDAs to an unknown location. LOPEZ agreed and picked up the UDAs in Roma, Texas and was transporting them to an unknown location pending instructions from Moreno. LOPEZ stated he was stopped by Roma Police shortly after.

7. Material witness, Martin Ernseto CALDERON-Castillo was read his Miranda warnings by HSI TFO M. Santos and witnessed by HSI TFO Mario A. Reyes. CALDERON stated he understood and waived his rights by signing form I-214.

8. Post Miranda, CALDERON-Castillo stated he is a citizen and national of El Salvador and he illegally crossed into the United States on August 1, 2019. CALDERON-Castillo stated he was charged approximately $9,000.00 United States dollars for his smuggling arrangements. CALDERON-Castillo stated that the driver, later identified as LOPEZ, instructed them to get in the truck. CALDERON-Castillo was able to positively identify LOPEZ in a photo line-up.